**Fill in this information to identify the case:**

Debtor 1: Carolyn Rebecca Davis

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of TX
(State)

Case number: 18-32947

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: US Bank Trust National Association, et al

Court claim no. (if known): 5-1

Last 4 digits of any number you use to identify the debtor's account: 3 2 7 8

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | 8/1/2018, 9/1/2018, 10/1/2018 | (1) $ 22.50 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | see attached | (3) $ 1,150 |
| 4. Filing fees and court costs | see attached | (4) $ 23.46 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: _____ | | (10) $ |
| 11. Other. Specify: _____ | | (11) $ |
| 12. Other. Specify: _____ | | (12) $ |
| 13. Other. Specify: _____ | | (13) $ |
| 14. Other. Specify: _____ | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Carolyn Rebecca Davis**
First Name   Middle Name   Last Name

Case number (*if known*) **18-32947**

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Michael Egan**
Signature

Date  10 / 19 / 2018

Print: **Michael   J.   Egan**
First Name   Middle Name   Last Name

Title  Bankruptcy Asset Manager

Company: **SN Servicing Corporation**

Address: **323 5th Street**
Number   Street
**Eureka   CA   95501**
City   State   ZIP Code

Contact phone  (**800**) **603** – **0836**

Email  **bknotices@snsc.com**

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Post petition Mortgage Fees, Expenses, and Charges was served on the 19th day of October, 2018.  Said Notice was filed electronically.  Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Carolyn Rebecca Davis
3231 Woods Canyon Ct.  (Property)
Missouri City, TX 77459

3231 Woods Canyon Ct.  (Mailing)
Missouri City, TX 77459

DEBTOR'S ATTORNEY
Alva Nell Wesley-Thomas
Attorney at Law
6161 Savoy, Ste 250,
Houston, TX 77036

TRUSTEE
William E. Heitkamp
9821 Katy Freeway, Ste 590
Houston, TX 77024

U.S. TRUSTEE
US Trustee
515 Rusk Ave, Ste 3516
Houson, TX 77002

CREDITOR ATTORNEY

**Stephanie Stigant**
The Holoway Jones Law Firm PLLC
407 Julie Rivers Drive
Sugarland, TX 77478                    representing    **Houston Police Federal Credit Union**
281-242-8100                                            *(Creditor)*
281-242-7474 (fax)
litigation@jonesattorneys.com
 *Assigned: 09/10/2018*


        /s/ Richard E. Anderson
        RICHARD E. ANDERSON

**ANDERSON VELA L.L.P**
**4920 WESTPORT DRIVE**
**THE COLONY, TEXAS 75056**

Tel: 214-276-1545
Fax: 214-276-1546

Tax ID:

## DUE UPON RECEIPT

Mike Egan
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

September 12, 2018
Invoice No:   41272

Regarding: Loan No.                                          Davis, Carolyn Rebecca

### Legal Services Rendered

| Date | | Description | Charges |
|---|---|---|---|
| 9/12/2018 | REA | Review of Plan and Filing of Objection to Confirmation of Debtor's Chapter 13 Plan with Witness & Exhibit List | $500.00 |

Total Fees: $500.00

### Expenses

| Description | Charges |
|---|---|
| Postage Expense | $0.47 |
| Pacer Charge | $5.00 |

Total Expenses: $5.47

**Total New Charges**                                                           $505.47

**ANDERSON VELA L.L.P**
**4920 WESTPORT DRIVE**
**THE COLONY, TEXAS 75056**

Tel: 214-276-1545
Fax: 214-276-1546

Tax ID:

DUE UPON RECEIPT

Mike Egan
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

September 7, 2018
Invoice No:   41246

Regarding: Loan No.:                                           Davis, Carolyn Rebecca

*Legal Services Rendered*

|  |  |  | Charges |
|---|---|---|---|
| 9/07/2018 | REA | FLAT FEE FOR REVIEW OF LOAN DOCUMENTS AND DELINQUENCY STATEMENT AND THE PREPARATION AND FILING OF PROOF OF CLAIM WITH COURT AND TRUSTEE. | $650.00 |

Total Fees    $650.00

*Expenses*

| Description | Charges |
|---|---|
| Postage Expense | $3.99 |
| Pacer Charge | $14.00 |

Total Expenses    $17.99

Total New Charges    $667.99