In The United States Bankruptcy Court

Southern District of Texas

Houston Division



In Re:  
CAROLYN REBECCA DAVIS

Case No: 18-32947-H5-13

ENTERED  
11/16/2018

Debtor

---

## ORDER DISMISSING CASE
## AND
## ESTABLISHING DEADLINE FOR FILING ADMINISTRATIVE CLAIMS

---

At Houston, Texas, on this date, came on for consideration the Trustee's Motion to Dismiss in the above captioned Chapter 13 proceeding. The Court, having considered the Motion, finds that proper notice to all parties in interest has been given, and after hearing all opposition to the Motion, upon consideration of the grounds set forth in the Trustee's Motion, the Court does hereby,

**ORDER**, that the above captioned Chapter 13 proceeding is hereby dismissed.

It is further ORDERED that the deadline for filing an application for administrative expense in this case is set at 20 days following entry of this Order. The deadline for filing a motion for allowance of a claim arising under 11 U.S.C. Section 507(b) in this case is also set at 20 days following entry of this order.

If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under 11 U.S.C. Sec. 503, if the new application only seeks allowance of the same professional fees and expenses previously requested.

Signed:   November 16, 2018

Jeffrey P. Norman  
United States Bankruptcy Judge